IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:15-CV-166-RLV

MARY ELLEN REUTHER,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )        ORDER
                                 )
CAROLYN W. COLVIN,               )
Acting Commissioner of           )
Social Security,                 )
                                 )
          Defendant.             )

Pursuant to the power of this Court to enter a judgment

affirming, modifying or reversing the Commissioner's decision

with remand in Social Security actions under sentence four of

section 205(g) of the Social Security Act, 42 U.S.C. § 405(g),

and in light of the government's request to remand this action

for further administrative proceedings, the Court hereby

reverses the Commissioner's decision under sentence four of 42

U.S.C. § 405(g) with a remand of the cause to the Commissioner

for further proceedings, including a supplemental hearing. See

Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L.

Ed.2d 78 (1991) and Shalala v. Schaefer, 509 U.S. 292, 113 S.

Ct. 2625, 125 L. Ed.2d 293 (1993).

The clerk of the court will enter a separate judgment
pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 27 day of January, 2016.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE